NICHOLAS M. WAJDA (State Bar #259178)
Attorney Email Address: nick@wajdalawgroup.com
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE A. ROJO,<br><br>          Plaintiff,<br><br>     v.<br><br>CAPITAL LINK MANAGEMENT, LLC d/b/a CONSUMER CLIENT SERVICES,<br><br>Defendant. | No.  8: 19-cv-02348-JLS-ADS<br><br>MOTION FOR ENTRY OF DEFAULT |

**To the Clerk of the U.S. District Court for the Central District of California**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff JOSE A. ROJO, requests that the Clerk enter the default of Defendant CAPITAL LINK MANAGEMENT, LLC d/b/a CONSUMER CLINET SERVICES, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Nicolas M. Wajda, Esq. attached hereto.

Dated: February 4, 2020              Respectfully submitted,

                                                           s/ Nicolas M. Wajda
                                                           Nicolas M. Wajda, Esq.
                                                           *Counsel for Plaintiff*

1

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

WAJDA LAW GROUP, APC
6167Bristol Parkway, Suite 200
Culver City, CA 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
nick@wajdalawgroup.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Plaintiff, certifies that on February 4, 2020, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, to be served on all parties of record via CM/ECF, electronic mail and by U.S. Certified mail, fax, and email to the following addresses:

Capital Link Management, LLC
c/o Brendan H. Little, Counsel for Defendant
50 Fountain Plaza, Suite 1700
Buffalo , New York 14202
blittle@lippes.com

Capital Link Management, LLC
100 Corporate Parkway, Suite 106
Amherst, New York 14226
Fax: (716) 837-1237
Email: denisa@capitallinkmanagement.com

Respectfully submitted,

s/ Nicolas M. Wajda
Nicolas M. Wajda, Esq.

2