NICHOLAS M. WAJDA (State Bar #259178)
Attorney Email Address: nick@wajdalawgroup.com
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. ROJO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL LINK MANAGEMENT, LLC d/b/a CONSUMER CLIENT SERVICES,<br><br>　　　　Defendant. | No. 8:19-cv-02348-JLS-ADS<br><br>MOTION FOR ENTRY OF DEFAULT |

### AFFIDAVIT FOR ENTRY OF DEFAULT

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

　　Nicholas M. Wajda, being duly sworn, says that he is the attorney for the Plaintiff JOSE A. ROJO in the above-entitled action; that the Complaint and Wavier of Summons in this action were served on Defendant CAPITAL LINK MANAGEMENT, LLC, on December 5, 2019; that Defendant is not an infant, not in the military, and not an incompetent person; that the time within which Defendant may plead or otherwise defend has expired; that the Defendant has not plead, answered or otherwise defended, and that the time for Defendant to answer, plead or otherwise defend has not been extended.

Nicolas M. Wajda, Esq.
*Counsel for Plaintiff*