NICHOLAS M. WAJDA (State Bar #259178)
Attorney Email Address: nick@wajdalawgroup.com
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. ROJO,<br><br>        Plaintiff,<br><br>     v.<br><br>CAPITAL LINK MANAGEMENT,<br>LLC d/b/a CONSUMER CLIENT<br>SERVICES,<br><br>        Defendant. | Case No. 8:18-cv-02348-JLS-ADS<br><br>**PROPOSED ORDER ON MOTION FOR ENTRY OF DEFAULT** |

Plaintiff, Jose A. Rojo, by and through his attorneys, Wajda Law Group, APC, having filed with this Court his Motion for Entry of Default and the Court having reviewed same, hereby ORDERED:

1. An Entry of Default shall be entered against the Defendant, Capital Link Management, LLC d/b/a Consumer Client Services.

Dated: _____

_____
Judge, U.S. District Court

1